No. 179. ATLAS SCRAPER & ENGINEERING CO. *v.* PURSCHE. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *R. Welton Whann* for petitioner. *Lewis E. Lyon* and *John B. Young* for respondent.

No. 297. DEESEN *v.* PROFESSIONAL GOLFERS' ASSOCIATION OF AMERICA ET AL. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *J. Albert Hutchinson* for petitioner. *Thurman Arnold* for respondents.

No. 146. DELANEY *v.* UNITED SERVICES LIFE INSURANCE CO. C. A. 5th Cir. Motion to strike portions of respondent's brief and appendix denied. Certiorari denied. *Horace P. Shelton, Jr.,* for petitioner. *Bond Davis* for respondent.

No. 163. EDLIN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. MR. JUSTICE BLACK and MR. JUSTICE WHITE took no part in the consideration or decision of this petition. *Eugene Gressman* and *Edward L. Genn* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 162. NYYSSONEN, ADMINISTRATRIX *v.* BENDIX CORP. C. A. 1st Cir. Motion to use the record in No. 260, October Term, 1965, granted. Certiorari denied. *David Rines* and *Robert H. Rines* for petitioner. *Morris Relson* for respondent.